# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 8, 2021

## NO. 03-21-00388-CV

**Jennifer Marie Islas, Appellant**

**v.**

**James Mellinger Hyde, III, Appellee**

**APPEAL FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BAKER**

Appellant has filed a motion to dismiss the appeal she filed complaining of an associate judge's order in trial court cause number 07-2275-F425, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.